7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gary Lee Myers, Jr.
*Debtor*

*Bankruptcy Case No.*
15−60742−abf7

**Amanda Stoffel**
   Plaintiff(s)

*Adversary Case No.*
15−06040−abf

v.

**Gary Lee Myers Jr.**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That Default Judgment is hereby entered in favor of Plaintiff and against the Defendant, Gary Lee Myers, Jr. on Count I of Plaintiff's Complaint on the basis of nondischargeability, under ll U.S.C. Section 523(a)(2)(A). Debtor Gary Lee Myers, Jr.'s debt to Plaintiff pursuant to the Judgment entered June 2, 2015 in the Circuit Court of Christian County, Case Number 13AF−CC00817−01, is NONDISCHARGEABLE.

Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 11/13/15

Court to serve